## UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS

**Judy Reimer & Dennis Reimer**

Plaintiffs,                                                        Case No.:

v.                                                                        State Case No. 2017-MR-32

**Foremost Insurance Company, Grand Rapids,**
**Michigan and Eldon Gourley, agent for**
**Foremost Insurance Group**

Defendants.

### PETITION FOR REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441(a), 1446(a), and Fed. R. Civ. P. 81, Defendant, Foremost Insurance Company, Grand Rapids, Michigan ("Foremost") petitions the Court for removal of the action described below from the Circuit Court of the Fourth Judicial Circuit, Shelby County, Illinois, to this Court, and in support thereof, state as follows:

1.      On September 19, 2017, Plaintiffs filed an action against Foremost and Eldon Gourley, as agent for Foremost, in the Circuit Court of the Fourth Judicial Circuit, Shelby County, Illinois, under Case Number 2017-MR-32.  A copy of the Summons and Complaint is attached hereto as Exhibit A.

2.      Defendant, Foremost, was served with a copy of the Complaint on January 4, 2018.

3.      Plaintiffs' Complaint seeks a declaration that an insurance policy issued by Foremost provides coverage for damage to mobile homes and a finding that "the defendant" has a duty to pay Plaintiffs for the damage.  Plaintiffs' Complaint did not contain an ad damnum or other indication of the amount of damages sought.

4.      On October 29, 2017, prior to being served with Plaintiffs' Complaint, Foremost representatives sent Plaintiffs Foremost's evaluations of the damage to their various mobile homes. Taken together, those evaluations showed $22,589.86 could be owed to Plaintiffs under the Foremost insurance policy.

5.      On December 5, 2017, after Foremost was served with a citation to discover Plaintiffs' assets in unrelated litigation, an attorney for Foremost contacted Plaintiffs' counsel to determine whether an agreement could be reached with Plaintiffs on the amount of the damages to the mobile homes.  Plaintiffs' counsel did not respond.

6.      On January 22, 2018, Foremost's attorney wrote to Plaintiffs' attorney, reiterating that Foremost evaluated the liability under the insurance policy at $22,589.86 and advising Plaintiffs' counsel that Foremost would so advise the Court in the citation proceedings and pay the funds in accordance with the directions of the Court in the citation proceeding.  In light of the forgoing, the January 22, 2018 letter asked Plaintiffs' counsel to voluntarily dismiss the lawsuit against Foremost or explain why it was being pursued and to provide a specific demand and supporting documentation.

7.      Having received no response, Foremost's attorney followed up on January 30, 2018.  At that time, Plaintiffs' attorney advised that he was awaiting a response from his clients.

8.      On February 1, 2018, Plaintiffs' attorney advised Foremost's attorney that Foremost's damage figures were "not acceptable".  Foremost's counsel responded that same day, asking whether Plaintiffs had a demand and asking Plaintiffs' counsel to let him "know when your clients are prepared to tell us what their damages are."  Plaintiffs' counsel, responded the same day, stating he would "collect these figures from [Plaintiffs] and forward them …"

9.      On February 27, 2018, still having received no response, Foremost's attorney asked Plaintiffs' counsel for an update.  Plaintiffs' counsel responded, stating his clients wanted more than Foremost's adjuster had identified, but failed to provide a specific demand.

10.     On February 28, 2018 Foremost filed a motion to dismiss Plaintiffs' Complaint.

11.     On July 10, 2018, Foremost noticed the motion to dismiss for hearing on July 24, 2018 in the Circuit Court for the Fourth Judicial Circuit, Shelby County, Illinois.

12.      On July 14, 2018, Foremost's counsel sent Plaintiffs' attorney an email asking whether he would be prepared to argue the motion to dismiss on July 24, 2018 or would be seeking time to respond.  Foremost's attorney also asked "Are your clients ever going to tell us how much money they think Foremost should have paid them?"  That same day, Plaintiffs' counsel responded stating, in part, "I apologize; I thought I sent you a demand already.  My clients are requesting $172,000.00"  A copy of the July 14, 2018 email exchange is attached hereto as Exhibit B.

13.     Plaintiffs are citizens of the state of Illinois.

14.     Foremost is a Michigan corporation, with its principal place of business in Grand Rapids, Michigan.

15.     Defendant, Eldon Gourley, is a citizen of Illinois.  Based on Plaintiffs' Complaint there are no circumstances under which Plaintiffs could recover from Defendant Eldon Gourley.  Plaintiffs' Complaint seeks no damages from Gourley.  Plaintiffs' Complaint seeks a declaration of rights and a duty to pay under an insurance policy issued by Foremost, not Gourley.  Plaintiffs' Complaint identifies Gourley as a representative of Foremost.  Under Illinois law, an agent for a disclosed principal cannot be liable for breach of contract.  *Pekin Insurance Company v. Centex Homes,* 2017 IL App (1st) 153601 ¶ 23, 72 N.E. 3d 831, 837 – 838 (2017).

**BASIS FOR FEDERAL JURISDICTION**

16.      This court has original jurisdiction of this action under 28 U.S.C. § 1332 because there are no circumstances under which Plaintiffs could recover from Defendant Gourley, there is complete diversity of citizenship between the remaining parties and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.  *See* 28 U.S.C. § 1441.

17.      Removal to the United States District Court for the Central District of Illinois is proper because it is the district embracing the place where the removed action was pending. 28 U.S.C. § 1441(a).

**REMOVAL PROCEDURE**

18.      This Notice of Removal is timely filed because it was filed within thirty days after July 14, 2018, the date on which it first became apparent that Plaintiffs were seeking damages in excess of the $75,000.00 threshold for diversity jurisdiction.  *See* 28 U.S.C. § 1446(c)(3).

19.      Promptly after filing this Notice of Removal Defendants will provide written notice of same to Plaintiff and will file with the clerk of the Circuit Court for the Fourth Judicial Circuit, Shelby County, Illinois, the Notice of Filing of Notice of Removal attached hereto as Exhibit C. *See* 28 U.S.C. §1446(d).

20.      All papers having been filed in the Circuit Court for the Fourth Judicial Circuit, Shelby County, Illinois are attached hereto as Exhibit D.

WHEREFORE, Defendant, Foremost Insurance Company, Grand Rapids, Michigan hereby requests that this action now pending against it in the Circuit Court for the Fourth Judicial Circuit, Shelby County, Illinois, be removed to this Court.

Dated:  July 20, 2018

Respectfully submitted,


 /s/ *Michael L. Foran*
Michael L. Foran (ARDC #6190723)
FORAN GLENNON PALANDECH PONZI &
   RUDLOFF PC
222 North LaSalle Street, Suite 1400
Chicago, Illinois 60601
Tel: (312) 863-5000
Fax: (312) 863-5099
mforan@fgppr.com

Attorney for Defendant,
*FOREMOST INSURANCE COMPANY GRAND RAPIDS,*
*MICHIGAN*