

## Illinois Department of Insurance

RECEIVED FILED
Friday, 20 July, 2018  11:15:20 AM
JAN 0 9 2018
Clerk, U.S. District Court, ILCD
LEGAL

**BRUCE RAUNER**
Governor

**JENNIFER HAMMER**
Director

January 4, 2018

Foremost Insurance Company Grand Rapids, Michigan
PO Box 2450
Grand Rapids, MI 49501-2450

    Re:   Case #2017MR32

Gentlemen:

Enclosed please find copy of Summons, Jury Demand and Complaint for Declaratory
Judgment received by me as your agent for service of process at 9:50 a.m. on January 4,
2018, in my Springfield office in the case of Judy Reimer and Dennis Reimer vs. your
company, et al.

               Sincerely,

Jennifer Hammer
Director of Insurance

JH:MS:alt
Enclosure

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

# EXHIBIT A

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
SHELBY COUNTY

| | | |
|---|---|---|
| JUDY REIMER and DENNIS REIMER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2017-MR- 32 |
| FOREMOST INSURANCE GROUP and | ) | |
| ELDON GOURLEY, agent for FOREMOST | ) | |
| INSURANCE GROUP, | ) | |
| | ) | |
| Defendants. | ) | |

## **SUMMONS**

TO:  FOREMOST INSURANCE COMPANY c/o Jennifer Hammer, Director of the Illinois Department of Insurance; 320 West Washington Street, Springfield, Illinois 62767

You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

To the officer: This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

Witness: December 12th, 2017.

(Seal of Court)

_____
Clerk of Court

William E. Farr
Attorney for Plaintiffs
148 South Locust Street
Post Office Box 588
Pana, Illinois 62557
Telephone: (217) 562-5251
Facsimile: (217) 562-5265

Date of service:  1-4-2018          ,2017.

(to be inserted by officer on copy left with defendant or other person).

COPY

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
SHELBY COUNTY

JUDY REIMER and DENNIS REIMER,          )
                                        )
                    Plaintiffs,         )
                                        )
        v.                              )
                                        )        No. 2017-MR- 32
FOREMOST INSURANCE GROUP and            )
ELDON GOURLEY, agent for FOREMOST       )
INSURANCE GROUP,                        )
                                        )
                    Defendants.         )

F I L E D
SEP 19 2017

Susan Arthur
Clerk of the Circuit Court, Fourth Judicial Court
Shelby County, Il

## JURY DEMAND

Now come the plaintiffs, Judy Reimer and Dennis Reimer, and demand a trial by a jury

of twelve persons in the above-entitled cause.

Dated: September _19_, 2017.

Respectfully submitted,
JUDY REIMER and DENNIS REIMER, plaintiffs,

BY: _____

William E. Farr, their attorney

Page 1 of 1



## STATE OF ILLINOIS ·
## IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
## SHELBY COUNTY

JUDY REIMER and DENNIS REIMER,       )
                                      )
                    Plaintiffs,       )
                                      )
        v.                            )        No. 2017-MR- 32
                                      )
FOREMOST CORPORATION OF AMERICA       )
And ELDON GOURLEY,                    )
                                      )
                    Defendants.       )

**F I L E D**

SEP 1 9 2017

*Susan Archer*
Circuit Court, Fourth Judicial Court
Shelby County, IL

## COMPLAINT FOR DECLARATORY JUDGMENT

Now come the plaintiffs, Judy Reimer and Dennis Reimer, by and through their attorney, William E. Farr, and for their Complaint for Declaratory Judgment pursuant to 735 ILCS 5/2-701, they state as follows:

1.   A controversy arises out of damages to mobile homes owned at various times by the plaintiffs which has occurred over a course of time in calendar year 2017.

2.   That the mobile homes are located on real property in Shelby County, Illinois.

3.   That the mobile homes were damaged by Donald Reimer and others acting at his request.

4.   The defendant, Foremost Corporation of America, issued an insurance policy covering said mobile homes. A copy of the declarations page of said policy is attached hereto as Exhibit A and made a part hereof by reference thereto.

5.   That the defendant, Eldon Gourley, served as a representative of the defendant, Foremost Corporation of America, in selling the coverage to the plaintiffs.

6.   That the plaintiffs are making a claim for damages against Donald Reimer.

7.   That the defendants have denied the claim made by the plaintiffs.

8.   That the plaintiffs seek a declaration that coverage exists for the plaintiffs' claim for damages arising as a result of the damages caused to the mobile homes by Donald Reimer and those acting on his behalf.

*WHEREFORE*, the plaintiffs, by and through their attorney, pray this Honorable Court as follows:

A. That the Court enter an Order declaring that the policy provides coverage for the property damage to the mobile homes; and

B. That the Court find that the defendant has a duty to pay the plaintiffs for the property damage.

C. For such other and different relief as is deemed fair and equitable by this Court.

Dated: September *19*, 2017.

Respectfully submitted,
JUDY REIMER and DENNIS REIMER, plaintiffs;

BY: _____
William E. Farr, their attorney

William E. Farr
Attorney for Plaintiffs
Registration Number 6189256
148 South Locust Street
Post Office Box 588
Pana, Illinois 62557-0588

Telephone: (217) 562-5251
Facsimile: (217) 562-5265
e-mail: william_farr@farrlawoffice.net
alternate e-mail: william.e.farr@gmail.com

# FOREMOST
## INSURANCE GROUP

COPY

| 5600 Beechtree Lane | PO Box 2450 |
| Caledonia, MI 49316 | Grand Rapids, MI 49501 |

Insured:         Judy Reimer & Dennis Reimer
Policy Number:   444-0019060470
Claim Number:    3008001038
Loss Date:       12/21/2016
Policy Term:     09/06/2016 to 09/06/2017

_____   Attached is a true copy of the information sent to the insured.

__X__   Attached is a true copy of the declaration page, sample policy and endorsements.

_____   Attached is a true copy of the declaration page. The attached sample policy and endorsements did not mail with the declaration, but are included as requested.

_____   Attached is a true copy of the declaration page only.

_____   Attached is a reconstructed copy of the declaration page only.

_____   Attached is a reconstructed copy of the declaration page, sample policy and endorsements.

_____   Attached is a reconstructed copy of the cancellation.

_____   Attached is a true copy of the cancellation.

Any additional Declaration Sheet (s) included with these documents labeled as "change or change – misc." may reflect a mid-term change in the policy and therefore a time period less than the original policy term, however the dates reflect the most current policy information on the file, up to and including the date of loss for the above referenced claim.

Name   *Vicki Forsell*

EXHIBIT
A
ALL-STATE LEGAL®

**MANUFACTURED HOME POLICY – DECLARATIONS PAGE LANDLORD**

# FOREMOST® INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN

**Policy Number**
444-0019060470

11/29/16 IS THE DATE YOUR COMMERCIAL MOBILE HOME COVERAGE CHANGED AS SHOWN BELOW.
THIS PAGE ONE REPLACES ANY PREVIOUS PAGE ONE.
REASON FOR CHANGE - POLICY INFORMATION.

**Renewal of**

**Policy Period:**
From 09/06/16 To 09/06/17  12:01 A.M. Standard Time at Your Address Below.

**This Policy Insures:**

| You As Named Insured ADDRESS | JUDY REIMER DENNIS REIMER 1299 N 1690 EAST RD SHELBYVILLE IL 62565 | Principal Location Of Your Dwelling | (If Different From Mailing Address at Left) SEE DECLARATIONS PAGE-SCHEDULE |
|---|---|---|---|
| As Lien- holder | | Agent Name, Address & Code Number | (217) 756-3291 CC SERVICES INC ELDON D GOURLEY PO BOX 200 FINDLAY IL 62534-0200                     125002539 |

**Description of Your Dwelling**

| YEAR | LENGTH | WIDTH | MANUFACTURER | SERIAL NUMBER | DATE OF PURCHASE |
|---|---|---|---|---|---|
| | | | SEE DECLARATIONS | | |

COVERAGES: This policy provides only the insurance for which a specific premium charge is indicated below or on the Declarations Page - Schedule or which is indicated as included without specific charge.

| COVERAGES | COVERAGE A DWELLING | COVERAGE B OTHER STRUCTURES | COVERAGE C PERSONAL PROPERTY | TRIP COLLISION | COVERAGE F PREMISES LIABILITY EACH ACCIDENT |
|---|---|---|---|---|---|
| AMOUNT OF INSURANCE LIMIT OF LIABILITY | SEE DECLAR | ATIONS PAG | E-SCHEDULE | INCLUDED IF PREMIUM SHOWN BELOW | |
| PREMIUMS | $4,051 | | | | |
| DEDUCTIBLES PER DWELLING | $250 | | | | |

**ADDITIONAL COVERAGES AND ENDORSEMENTS**                                    Additional Premium

4410-10/12          4689-10/12          7060-04/14
7092-05/14          4492-10/12

AGGREGATE LIMIT: If your policy provides Premises Liability the most we will pay in any one Policy Period for any one insured location for Premises Liability is $1,000,000 regardless of the number of claims, suits or accidents.

**TOTAL POLICY PREMIUM**          $4,051

**Minimum Earned Premium:**

**RETURN PREMIUM: $  115.00**

Countersigned DECEMBER   20   2016 at ILLINOIS          by _____

Form 4689 10/12
1550    444-0019060470

**INSURED'S COPY**

## Additional Fee Information

In consideration of our agreement to allow you to pay in installments, the following service fee(s) apply per installment:

| 1-PAY | 2-PAY | 4-PAY | 10-PAY | 12-PAY |
|-------|-------|-------|--------|--------|
| $0.00 | $6.00 | $6.00 | $6.00 | $2.00 |



 **FOREMOST®**
INSURANCE COMPANY GRAND RAPIDS, MICHIGAN

N EN   721530
444-0019060470

CC SERVICES INC
ELDON D GOURLEY
PO BOX 200
FINDLAY IL 62534-0200

12

JUDY REIMER
DENNIS REIMER
1299 N 1690 EAST RD
SHELBYVILLE IL 62565

**THIS IS NOT A BILL**



Dear JUDY REIMER & DENNIS REIMER:

Your policy packet is enclosed. Please take a few minutes to read through the enclosed documents. This contract is your assurance of protection in case of an insured loss. Copies of your current policy forms are available upon your request. If you have any questions, please contact us at the address shown above or call us at (217) 756-3291 .

Thank you for choosing us for your insurance. We appreciate the opportunity to provide you coverage.

Sincerely,

CC SERVICES INC
ELDON D GOURLEY
12- 5002-539

**P.S. Did you know . . . Electronic payments are available!**

To sign up for electronic payments, please go to **foremostpayonline.com**. You may choose to have us automatically withdraw your premium payments electronically from your designated account as they come due, or go to **foremostpayonline.com** to see your bill and make a payment. As always, simply call our billing service at 1-800-532-4221 with questions about your bill.

**Need to report a claim?**  The Claims Contact Center is available to take your call 24 hours a day, seven days a week at 1-800-527-3907, or you may report a claim online at **Foremost.com**.

444 - 0019060470- 11
Form 735763 07/13

1549    444-0019060470



 **FOREMOST**
INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN

## Declarations Page-Schedule

PAGE 1 OF 12
AZCOR-EN

| THIS FORM ATTACHED TO AND FORMING PART OF POLICY: | INSURED NAME AND ADDRESS: | AGENT NAME AND ADDRESS: 12-5002-539 |
|---|---|---|
| 444 0019060470 2016 | REIMER,JUDY | CC SERVICES INC |
| | REIMER,DENNIS | GOURLEY,ELDON D |
| EFFECTIVE DATE:11/29/2016 | 1299 N 1690 EAST RD | PO BOX 200 |
| (12:01 A.M. STANDARD TIME) | SHELBYVILLE, IL  62565 USA | FINDLAY IL  62534-0200 |

| POLICY PERIO  09/06/2016  TO 09/06/2017 | DEDUCTIBLE PER DWELLIN  $250 | LIMIT OF PREMISES LIABILITY:  $0 |
|---|---|---|
| | | *IF PURCHASED, EACH ACCIDENT NOT TO EXCEED $1,000,000 FOR EACH INSURED LOCATION DURING ANY ONE POLICY PERIOD. |

DESCRIPTION :

UNIT #:  1      LOCATION OF THE INSURED DWELLING:    1299 N 1690 EAST RD, SHELBYVILLE, IL  62565

YEAR:  1978 WIDTH:  14  LENGTH:  70  MANUFACTURER:    NORMANDIE            SERIAL #:  064087

PURCHASE DATE:    09/2006      PURCHASE AMOUNT:    $4,000      PARK STATUS:    Out      TIED-DOWN:      Yes

LIENHOLDER:

LIENHOLDER:

| COMPREHENSIVE MOBILE HOME | |
|---|---|
| Amount of Insurance | Premium |
| $12,000 | $258 |

| ADDITIONAL (RETURNED) PREMIUM | TOTAL UNIT PREMIUM |
|---|---|
| N/A | $258 |
| | TOTAL |
| | $258.00 |

746181 (10/13)

DESCRIPTION :

UNIT #:  2      LOCATION OF THE INSURED DWELLING:    1299 N 1690 EAST RD, SHELBYVILLE, IL  62565

YEAR:  1979  WIDTH:  14  LENGTH:  56  MANUFACTURER:   **ARLINGTON**                    SERIAL #:  633594

PURCHASE DATE:   09/2006      PURCHASE AMOUNT:       $3,500       PARK STATUS:      Out      TIED-DOWN:      Yes

LIENHOLDER:

LIENHOLDER:

| COMPREHENSIVE MOBILE HOME | |
| --- | --- |
| Amount of Insurance | Premium |
| $8,000 | $196 |

| ADDITIONAL (RETURNED) PREMIUM | TOTAL UNIT PREMIUM |
| --- | --- |
| N/A | $196 |
| | TOTAL |
| | $196.00 |

DESCRIPTION :

UNIT #:  3      LOCATION OF THE INSURED DWELLING:    1299 N 1690 EAST RD, SHELBYVILLE, IL  62565

YEAR:  1978  WIDTH:  14  LENGTH:  70  MANUFACTURER:   **HOLLY PARK**                    SERIAL #:  6028289

PURCHASE DATE:   09/2006      PURCHASE AMOUNT:       $4,000       PARK STATUS:      Out      TIED-DOWN:      Yes

LIENHOLDER:

LIENHOLDER:

| COMPREHENSIVE MOBILE HOME | |
| --- | --- |
| Amount of Insurance | Premium |
| $8,000 | $196 |

| ADDITIONAL (RETURNED) PREMIUM | TOTAL UNIT PREMIUM |
| --- | --- |
| N/A | $196 |
| | TOTAL |
| | $196.00 |

POLICY NUMBER: **444 0019060470 2016**   EFFECTIVE DATE (12:01 A.M. STANDARD TIME): **11/29/2016**  PAGE 3 OF 12

DESCRIPTION :

UNIT #:   **4**      LOCATION OF THE INSURED DWELLING:    **1299 N 1690 EAST RD, SHELBYVILLE, IL  62565**

YEAR:  **1985**  WIDTH:   **14**  LENGTH:   **66**  MANUFACTURER:    **HAMPSHIRE**                       SERIAL #:   **10527U**

PURCHASE DATE:    **09/2006**       PURCHASE AMOUNT:       **$4,500**       PARK STATUS:    **Out** ·   TIED-DOWN:    **Yes**

LIENHOLDER:

LIENHOLDER:

| COMPREHENSIVE MOBILE HOME | |
|---|---|
| Amount of Insurance | Premium |
| $8,000 | $196 |

| ADDITIONAL (RETURNED) PREMIUM | TOTAL UNIT PREMIUM |
|---|---|
| N/A | $196 |
| | **TOTAL** |
| | **$196.00** |

DESCRIPTION :

UNIT #:   **5**    LOCATION OF THE INSURED DWELLING:    **1299 N 1690 EAST RD, SHELBYVILLE, IL  62565**

YEAR:  **1978**  WIDTH:   **14**  LENGTH:   **70**  MANUFACTURER:    **HOLLY PARK**                       SERIAL #:   **9007**

PURCHASE DATE:    **11/2007**       PURCHASE AMOUNT:            PARK STATUS:    **Out**     TIED-DOWN:    **Yes**

LIENHOLDER:

LIENHOLDER:

| COMPREHENSIVE MOBILE HOME | |
|---|---|
| Amount of Insurance | Premium |
| $8,000 | $196 |

| ADDITIONAL (RETURNED) PREMIUM | TOTAL UNIT PREMIUM |
|---|---|
| N/A | $196 |
| | **TOTAL** |
| | **$196.00** |

746181 (10/13)

POLICY NUMBER: **444 0019060470 2016**   EFFECTIVE DATE (12:01 A.M. STANDARD TIME): **11/29/2016**   PAGE 4 OF 12

DESCRIPTION:

UNIT #:   **6**   LOCATION OF THE INSURED DWELLING:   **1299 N 1690 EAST RD, SHELBYVILLE, IL 62565**

YEAR:  **1987** WIDTH:  **14** LENGTH:  **70** MANUFACTURER:   **CRESTRIDGE**          SERIAL #:   **4162**

PURCHASE DATE:   **11/2007**   PURCHASE AMOUNT:          PARK STATUS:   **Out**   TIED-DOWN:   **Yes**

LIENHOLDER:

LIENHOLDER:

| COMPREHENSIVE MOBILE HOME | |
| --- | --- |
| Amount of Insurance | Premium |
| $12,000 | $258 |

| ADDITIONAL (RETURNED) PREMIUM | TOTAL UNIT PREMIUM |
| --- | --- |
| N/A | $258 |
| | TOTAL |
| | $258.00 |

DESCRIPTION:

UNIT #:   **7**   LOCATION OF THE INSURED DWELLING:   **1299 N 1690 EAST RD, SHELBYVILLE, IL 62565**

YEAR:  **1981** WIDTH:  **14** LENGTH:  **68** MANUFACTURER:   **KINGSLEY**          SERIAL #:   **1018K**

PURCHASE DATE:   **11/2007**   PURCHASE AMOUNT:          PARK STATUS:   **Out**   TIED-DOWN:   **Yes**

LIENHOLDER:

LIENHOLDER:

| COMPREHENSIVE MOBILE HOME | |
| --- | --- |
| Amount of Insurance | Premium |
| $8,000 | $196 |

| ADDITIONAL (RETURNED) PREMIUM | TOTAL UNIT PREMIUM |
| --- | --- |
| N/A | $196 |
| | TOTAL |
| | $196.00 |

746181 (10/13)

POLICY NUMBER: **444 0019060470 2016**   EFFECTIVE DATE (12:01 A.M. STANDARD TIME): **11/29/2016**   PAGE 5 OF 12

DESCRIPTION :

UNIT #:  **8**   LOCATION OF THE INSURED DWELLING:   **1299 N 1690 EAST RD, SHELBYVILLE, IL  62565**

YEAR:  **1988**  WIDTH:  **14**  LENGTH:  **70**  MANUFACTURER:   **SCHULTZ**   SERIAL #:   **8902**

PURCHASE DATE:   **11/2007**   PURCHASE AMOUNT:   PARK STATUS:   **Out**   TIED-DOWN:   **Yes**

LIENHOLDER:

LIENHOLDER:

| COMPREHENSIVE MOBILE HOME | |
| --- | --- |
| Amount of Insurance | Premium |
| $10,000 | $227 |

| ADDITIONAL (RETURNED) PREMIUM | TOTAL UNIT PREMIUM |
| --- | --- |
| N/A | $227 |
| | TOTAL |
| | $227.00 |

DESCRIPTION :

UNIT #:  **9**   LOCATION OF THE INSURED DWELLING:   **1299 N 1690 EAST RD, SHELBYVILLE, IL  62565**

YEAR:  **1981**  WIDTH:  **14**  LENGTH:  **70**  MANUFACTURER:   **DUKE**   SERIAL #:   **9515**

PURCHASE DATE:   **11/2007**   PURCHASE AMOUNT:   PARK STATUS:   **Out**   TIED-DOWN:   **Yes**

LIENHOLDER:

LIENHOLDER:

| COMPREHENSIVE MOBILE HOME | |
| --- | --- |
| Amount of Insurance | Premium |
| $8,000 | $196 |

| ADDITIONAL (RETURNED) PREMIUM | TOTAL UNIT PREMIUM |
| --- | --- |
| N/A | $196 |
| | TOTAL |
| | $196.00 |

746181 (10/13)

POLICY NUMBER: 444 0019060470 2016    EFFECTIVE DATE (12:01 A.M. STANDARD TIME): 11/29/2016    PAGE 6 OF 12

DESCRIPTION :

UNIT #:   10     LOCATION OF THE INSURED DWELLING:    1299 N 1690 EAST RD, SHELBYVILLE, IL  62565

YEAR:  1983  WIDTH:  14   LENGTH:  70   MANUFACTURER:    FAIRMONT                    SERIAL #:   45777

PURCHASE DATE:    05/2008    PURCHASE AMOUNT:    $8,000    PARK STATUS:    Out    TIED-DOWN:    Yes

LIENHOLDER:

LIENHOLDER:

| COMPREHENSIVE MOBILE HOME | |
| --- | --- |
| Amount of Insurance | Premium |
| $8,000 | $196 |

| ADDITIONAL (RETURNED) PREMIUM | TOTAL UNIT PREMIUM |
| --- | --- |
| N/A | $196 |
| | TOTAL |
| | $196.00 |

DESCRIPTION :

UNIT #:   11     LOCATION OF THE INSURED DWELLING:    1299 N 1690 EAST RD, SHELBYVILLE, IL  62565

YEAR:  1980  WIDTH:  14   LENGTH:  70   MANUFACTURER:    FAIRMONT                    SERIAL #:   27958

PURCHASE DATE:    05/2008    PURCHASE AMOUNT:    $8,000    PARK STATUS:    Out    TIED-DOWN:    Yes

LIENHOLDER:

LIENHOLDER:

| COMPREHENSIVE MOBILE HOME | |
| --- | --- |
| Amount of Insurance | Premium |
| $8,000 | $196 |

| ADDITIONAL (RETURNED) PREMIUM | TOTAL UNIT PREMIUM |
| --- | --- |
| N/A | $196 |
| | TOTAL |
| | $196.00 |

746181 (10/13)

POLICY NUMBER: **444 0019060470 2016**   EFFECTIVE DATE (12:01 A.M. STANDARD TIME): **11/29/2016**   PAGE 7 OF 12

DESCRIPTION :

UNIT #:  **12**    LOCATION OF THE INSURED DWELLING:    **1299 N 1690 EAST RD, SHELBYVILLE, IL  62565**

YEAR:  **1972** WIDTH:  **12** LENGTH:  **60**  MANUFACTURER:    **DONNA BELL**                SERIAL #:   **4053**

PURCHASE DATE:    **09/2009**     PURCHASE AMOUNT:    **$4,000**      PARK STATUS:    **Out**     TIED-DOWN:    **Yes**

LIENHOLDER:

LIENHOLDER:

| COMPREHENSIVE MOBILE HOME | |
|---|---|
| Amount of Insurance | Premium |
| **$4,000** | **$133** |

| ADDITIONAL (RETURNED) PREMIUM | TOTAL UNIT PREMIUM |
|---|---|
| **N/A** | **$133** |
| | TOTAL |
| | **$133.00** |

DESCRIPTION :

UNIT #:  **13**     LOCATION OF THE INSURED DWELLING:    **1299 N 1690 EAST RD, SHELBYVILLE, IL  62565**

YEAR:  **1977** WIDTH:  **12** LENGTH:  **60**  MANUFACTURER:    **LIBERTY**                SERIAL #:   **11822**

PURCHASE DATE:    **09/2009**     PURCHASE AMOUNT:    **$4,000**      PARK STATUS:    **Out**     TIED-DOWN:    **Yes**

LIENHOLDER:

LIENHOLDER:

| COMPREHENSIVE MOBILE HOME | |
|---|---|
| Amount of Insurance | Premium |
| **$4,000** | **$133** |

| ADDITIONAL (RETURNED) PREMIUM | TOTAL UNIT PREMIUM |
|---|---|
| **N/A** | **$133** |
| | TOTAL |
| | **$133.00** |

746181 (10/13)

POLICY NUMBER: 444 0019060470 2016   EFFECTIVE DATE (12:01 A.M. STANDARD TIME): 11/29/2016   PAGE 8 OF 12

DESCRIPTION :

UNIT #:  14    LOCATION OF THE INSURED DWELLING:   1299 N 1690 EAST RD, SHELBYVILLE, IL  62565
YEAR:  1970 WIDTH:  12  LENGTH:  70  MANUFACTURER:   BUDDY                    SERIAL #:   BE25430
PURCHASE DATE:                 PURCHASE AMOUNT:   $4,000      PARK STATUS:     Out     TIED-DOWN:     Yes
LIENHOLDER:
LIENHOLDER:

| COMPREHENSIVE MOBILE HOME | |
|---|---|
| Amount of Insurance | Premium |
| $8,000 | $196 |

| ADDITIONAL (RETURNED) PREMIUM | TOTAL UNIT PREMIUM |
|---|---|
| N/A | $196 |
| | TOTAL |
| | $196.00 |

DESCRIPTION :

UNIT #:  15    LOCATION OF THE INSURED DWELLING:   1299 N 1690 EAST RD, SHELBYVILLE, IL  62565
YEAR:  1971 WIDTH:  12  LENGTH:  70  MANUFACTURER:   INDY                    SERIAL #:   3511
PURCHASE DATE:                 PURCHASE AMOUNT:   $4,000      PARK STATUS:     Out     TIED-DOWN:     Yes
LIENHOLDER:
LIENHOLDER:

| COMPREHENSIVE MOBILE HOME | |
|---|---|
| Amount of Insurance | Premium |
| $8,000 | $196 |

| ADDITIONAL (RETURNED) PREMIUM | TOTAL UNIT PREMIUM |
|---|---|
| N/A | $196 |
| | TOTAL |
| | $196.00 |

746181 (10/13)

POLICY NUMBER: **444 0019060470 2016**   EFFECTIVE DATE (12:01 A.M. STANDARD TIME): **11/29/2016**   PAGE 9 OF 12

DESCRIPTION :

UNIT #:  **16**    LOCATION OF THE INSURED DWELLING:    **1299 N 1690 EAST RD, SHELBYVILLE, IL  62565**

YEAR:  **1970** WIDTH:  **14**  LENGTH:  **70**  MANUFACTURER:    **DONNA BELL**                SERIAL #:   **3708**

PURCHASE DATE:    **04/2012**     PURCHASE AMOUNT:    **$4,000**     PARK STATUS:     **Out**    TIED-DOWN:      **Yes**

LIENHOLDER:

LIENHOLDER:

| COMPREHENSIVE MOBILE HOME | |
|---|---|
| Amount of Insurance | Premium |
| $8,000 | $196 |

| ADDITIONAL (RETURNED) PREMIUM | TOTAL UNIT PREMIUM |
|---|---|
| N/A | $196 |
| | TOTAL |
| | $196.00 |

DESCRIPTION :

UNIT #:  **17**    LOCATION OF THE INSURED DWELLING:    **1299 N 1690 EAST RD, SHELBYVILLE, IL  62565**

YEAR:  **1982** WIDTH:  **14**  LENGTH:  **70**  MANUFACTURER:    **DUKE**                SERIAL #:   **0069**

PURCHASE DATE:    **07/2012**     PURCHASE AMOUNT:    **$8,000**     PARK STATUS:     **Out**    TIED-DOWN:      **Yes**

LIENHOLDER:

LIENHOLDER:

| COMPREHENSIVE MOBILE HOME | |
|---|---|
| Amount of Insurance | Premium |
| $8,000 | $196 |

| ADDITIONAL (RETURNED) PREMIUM | TOTAL UNIT PREMIUM |
|---|---|
| N/A | $196 |
| | TOTAL |
| | $196.00 |

746181 (10/13)

DESCRIPTION:

UNIT #: **18**   LOCATION OF THE INSURED DWELLING:   **LOT 25, 1299 N 1690 EAST RD, SHELBYVILLE, IL  62565**

YEAR: **1973** WIDTH: **12** LENGTH: **60** MANUFACTURER: **BONANZA**   SERIAL #:   **37C0197**

PURCHASE DATE: **07/2013**   PURCHASE AMOUNT:   **$4,500**   PARK STATUS:   **Out**   TIED-DOWN:   **Yes**

LIENHOLDER:

LIENHOLDER:

| COMPREHENSIVE MOBILE HOME | |
|---|---|
| Amount of Insurance | Premium |
| $5,000 | $149 |

| ADDITIONAL (RETURNED) PREMIUM | TOTAL UNIT PREMIUM |
|---|---|
| N/A | $149 |
| | TOTAL |
| | $149.00 |

---

DESCRIPTION:

UNIT #: **19**   LOCATION OF THE INSURED DWELLING:   **LOT 15, 1299 N 1690 EAST RD, SHELBYVILLE, IL  62565**

YEAR: **1970** WIDTH: **12** LENGTH: **50** MANUFACTURER:   **BUDDY**   SERIAL #:   **19940**

PURCHASE DATE: **07/2013**   PURCHASE AMOUNT:   **$1,400**   PARK STATUS:   **Out**   TIED-DOWN:   **Yes**

LIENHOLDER:

LIENHOLDER:

| COMPREHENSIVE MOBILE HOME | |
|---|---|
| Amount of Insurance | Premium |
| $5,000 | $149 |

| ADDITIONAL (RETURNED) PREMIUM | TOTAL UNIT PREMIUM |
|---|---|
| N/A | $149 |
| | TOTAL |
| | $149.00 |

746181 (10/13)

POLICY NUMBER: 444 0019060470 2016   EFFECTIVE DATE (12:01 A.M. STANDARD TIME): 11/29/2016   PAGE 11 OF 12

DESCRIPTION :

UNIT #:  20     LOCATION OF THE INSURED DWELLING:     1299 N 1690 EAST RD, SHELBYVILLE, IL  62565

YEAR:  1980  WIDTH:  14   LENGTH:  70  MANUFACTURER:    NORMANDIE               SERIAL #:   4162

PURCHASE DATE:     11/2014     PURCHASE AMOUNT:     $5,000     PARK STATUS:     Out     TIED-DOWN:      Yes

LIENHOLDER:

LIENHOLDER:

| COMPREHENSIVE MOBILE HOME | |
|---|---|
| Amount of Insurance | Premium |
| $5,000 | $149 |

| ADDITIONAL (RETURNED) PREMIUM | TOTAL UNIT PREMIUM |
|---|---|
| N/A | $149 |
| | TOTAL |
| | $149.00 |

DESCRIPTION :

UNIT #:  21     LOCATION OF THE INSURED DWELLING:     LOT 14, 1299 N 1690 EAST RD, SHELBYVILLE, IL  62565

YEAR:  1972  WIDTH:  14   LENGTH:  72  MANUFACTURER:    FOREST PARK             SERIAL #:   2670

PURCHASE DATE:     11/2016     PURCHASE AMOUNT:     $8,000     PARK STATUS:     Out     TIED-DOWN:      Yes

LIENHOLDER:

LIENHOLDER:

| COMPREHENSIVE MOBILE HOME | |
|---|---|
| Amount of Insurance | Premium |
| $8,000 | $196 |

| ADDITIONAL (RETURNED) PREMIUM | TOTAL UNIT PREMIUM |
|---|---|
| N/A | $196 |
| | TOTAL |
| | $196.00 |

746181 (10/13)

POLICY NUMBER: **444 0019060470 2016**   EFFECTIVE DATE (12:01 A.M. STANDARD TIME): **11/29/2016**   PAGE 12 OF 12

DESCRIPTION :

UNIT #:  **22**    LOCATION OF THE INSURED DWELLING:   **LOT 25, 1299 N 1690 EAST RD, SHELBYVILLE, IL  62565**

YEAR:  **1977** WIDTH:  **14**   LENGTH:  **70**  MANUFACTURER:   **SCHULTZ**                    SERIAL #:   **3177**

PURCHASE DATE:                 PURCHASE AMOUNT:                PARK STATUS:    **Out**    TIED-DOWN:      **Yes**

LIENHOLDER:

LIENHOLDER:.

| COMPREHENSIVE MOBILE HOME | |
| --- | --- |
| Amount of Insurance | Premium |
| $8,000 | $196 |

| ADDITIONAL (RETURNED) PREMIUM | TOTAL UNIT PREMIUM |
| --- | --- |
| $151 | $196 |
|  | TOTAL |
|  | $196.00 |

| SIGNED BY AUTHORIZED REPRESENTATIVE | DATE | FACTOR:   **0.770**   DATE PREPARED: **11/29/2016** | |
| --- | --- | --- | --- |
|  |  | TOTAL ADDITIONAL (RETURNED) PREMIUM | TOTAL POLICY PREMIUM IN FORCE |
|  |  | $151 | $4,200.00 |

746181 (10/13)